# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

SABIC PETROCHEMICALS HOLDING
US, INC.

NO.   2019 CW 0788

VERSUS

WILLIAMS OLEFINS, L.L.C. AND
THE WILLIAMS COMPANIES, INC.

**SEP 0 3 2019**

---

In Re:   Williams Olefins, L.L.C. and the Williams Companies, Inc., applying for supervisory writs, 18th Judicial District Court, Parish of Iberville, No. 76976.

---

BEFORE:   **HIGGINBOTHAM, PENZATO, AND LANIER, JJ.**

**WRIT DENIED.**   The criteria set forth in **Herlitz Construction Company, Inc. v. Hotel Investors of New Iberia, Inc.**, 396 So.2d 878 (La. 1981) (per curiam) are not met.

**TMH**
**AHP**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT